Exhibit 4



**REMIT TO:**
IDI DISTRIBUTORS, INC.
P.O. BOX 581279
MINNEAPOLIS, MN 55458-1279

WATS: 800.678.6868
FAX: 952.937.9809
www.idimn.com

| INVOICE NUMBER | 493629 |
|---|---|
| INVOICE DATE | 01/23/2014 |
| | Page 1 of 1 |

| SOLD TO: | SHIP TO: |
|---|---|
| CRITTER CONTROL, LLC<br>ATTN: VAN NORMAND JASON A/P<br>PO BOX 160911<br>MOBILE, AL 36616 | CRITTER CONTROL, LLC<br>CUSTOMER PICK - UP<br>THEODORE, AL 36582 |

| CUST NO | SALESMAN | ORDER | CUSTOMER PO | FREIGHT PPD | SHIP VIA | DATE SHIPPED |
|---|---|---|---|---|---|---|
| CRITAL | 1101 | 806121 | | | CPU | 01/23/2014 |

| ITEM | DESCRIPTION | DELIVERED QTY | UNIT | BILLING QTY | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| INS745 | GREEN FIBER 30 LB INS745 STABILIZED ALL BORATE | 65.00 | BAG | 65.00 | BAG | 8.50000 | 552.50 |
| CV4060 | 4'X6' DISPOSABLE CLOTH VACUUM BAGS 1.5 OZ (20/CASE) | 6.00 | EACH | 6.00 | EACH | 18.50000 | 111.00 |

NET DUE BY 1/23/2014

CHECK COLLECTED. DO NOT MAIL INVOICE. CHECK# 1697 AUTH CODE 613497.

| | |
|---|---|
| SUB TOTAL | 663.50 |
| CREDIT | 0.00 |
| MISC | 0.00 |
| S&H | 0.00 |
| SALES TAX | 66.36 |
| INVOICE TOTAL | 729.86 |

**15% Return charge on stock merchandise.** Special orders not returnable. Payment terms: Accounts not paid in full in 30 days are subject to a Late Charge of 1-1/2% per month. Annual percentage rate of 18%, unless other arrangements are previously made.