**EXHIBIT B**



**REMIT TO:**
IDI DISTRIBUTORS, INC.
P.O. BOX 581279
MINNEAPOLIS, MN  55458-1279

WATS: 800.678.6868
FAX: 952.937.9809
www.idimn.com

| INVOICE NUMBER | 513304 |
|---|---|
| INVOICE DATE | 04/30/2014 |

Page 1 of 1

**SOLD TO:**
ANIMAL REMOVAL AND REPAIR LLC
ATTN:  VAN NORMAND   JASON A/P
PO BOX 160911
MOBILE, AL 36616

**SHIP TO:**
ANIMAL REMOVAL AND REPAIR LLC
CUSTOMER PICK - UP
THEODORE, AL 36582

| CUST NO | SALESMAN | ORDER | CUSTOMER PO | FREIGHT PPD | SHIP VIA | DATE SHIPPED |
|---|---|---|---|---|---|---|
| CRITAL | 1101 | 827403 | | | CPU | 04/30/2014 |

| ITEM | DESCRIPTION | DELIVERED QTY | DELIVERED UNIT | BILLING QTY | BILLING UNIT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| INS745 | GREEN FIBER 30 LB INS745 STABILIZED ALL BORATE | 20.00 | BAG | 20.00 | BAG | 8.95000 | 179.00 |

NET DUE BY  4/30/2014

CASH COLLECTED.  DO NOT MAIL INVOICE.

| | |
|---|---|
| SUB TOTAL | 179.00 |
| CREDIT | 0.00 |
| MISC | 0.00 |
| S&H | 0.00 |
| SALES TAX | 17.90 |
| **INVOICE TOTAL** | **196.90** |

**15% Return charge on stock merchandise.**   Special orders not returnable.
Payment terms: Accounts not paid in full in 30 days are subject to a Late Charge of
1-1/2% per month.   Annual percentage rate of 18%, unless other arrangements are
previously made.